

# Fourth Court of Appeals
## San Antonio, Texas

February 21, 2024

No. 04-23-00705-CV

**IN RE** Jeremie **ADKINS**

Original Mandamus Proceeding[1]

**ORDER**

On July 31, 2023, relator filed a petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on February 21, 2024.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of February, 2024.

_____
Tommy Stolhandske, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2015-CI-03688, styled *In the Interest of B.A. and D.A., Children*, pending in the 408th Judicial District Court, Bexar County, Texas, the Honorable Angelica I. Jimenez presiding. The Honorable Marisa Flores both conducted the hearing and rendered the order that extended the temporary order at issue in this mandamus.